IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHERMAN JOHNSON, JR.,

      Plaintiff,                    No. 2:10-cv-2508 GEB JFM (PC)

    vs.

SACRAMENTO COUNTY, et al.,

      Defendants.            <u>ORDER</u>

        On May 10, 2011, plaintiff filed a motion for appointment of counsel. This civil rights action was closed on January 18, 2011. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

DATED: May 25, 2011.

                                      UNITED STATES MAGISTRATE JUDGE

/mp
john2508.58